THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN A. BOYCE, Appellant.— Motion granted unless case is printed and filed by August 15, 1929, and brief served by September 1, 1929, and appeal brought to argument at the

September general calendar term of this court; in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.